**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Nicole Antionette Bishop,<br><br>Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>Defendant. | No. CV-26-01466-PHX-JAT<br><br>**ORDER** |

Pending before the Court is Defendant's second motion for extension of time to file its answering brief. (Doc. 14). Defendant conferred with Plaintiff's counsel and notes that Plaintiff does not object to this request. (Doc. 14 at 2). Given the lack of objection and good cause appearing,

**IT IS ORDERED** granting Defendant's second motion for extension of time (Doc. 14) such that Defendant's answering brief is due by August 21, 2026.

Dated this 18th day of August, 2026.

James A. Teilborg
Senior United States District Judge